# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT ALEXANDER NAVARRO, § | | |
| Petitioner, § | | |
| § | | |
| v. § | C.A. NO. C-05-238 | |
| § | | |
| DOUG DRETKE, DIRECTOR, TEXAS § | | |
| DEPARTMENT OF CRIMINAL § | | |
| JUSTICE - INSTITUTIONAL § | | |
| DIVISION, § | | |
| Respondent. § | | |

## MEMORANDUM OPINION AND ORDER GRANTING RESPONDENT'S MOTIONS TO DISMISS

On October 27, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 18). Objections were timely filed (D.E. 20), but are without merit. Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's motions to dismiss (D.E. 11, 12) are granted and petitioner's cause of action for habeas corpus relief is dismissed without prejudice.

ORDERED this   7th   day of   February  , 2006.

_____
HAYDEN HEAD
CHIEF JUDGE