UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT ALEXANDER NAVARRO, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. C-05-238 |
| | § | |
| DOUG DRETKE, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL | § | |
| JUSTICE - INSTITUTIONAL | § | |
| DIVISION, | § | |
|     Respondent. | § | |

## MEMORANDUM OPINION AND ORDER DENYING CERTIFICATE OF APPEALABILITY

On February 7, 2006 the Court adopted the Magistrate Judge's Memorandum and Recommendation (D.E. 18) and dismissed Navarro's § 2254 habeas petition (D.E. 21). Final judgment was entered the same day (D.E. 22). On March 9, 2006 Navarro filed a notice of appeal to the U.S. Court of Appeals for the Fifth Circuit (D.E. 24). An appeal may not be taken from a final order in a habeas corpus proceeding unless a circuit or district judge issues a certificate of appealability. Fed. R. App. P. 22(b)(1); 28 U.S.C. § 2253(c)(1)(a).

This Court dismissed Navarro's § 2254 habeas petition because it was successive. Therefore, for Navarro to be entitled to a certificate of appealability, Navarro must show both that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it

debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000). Reasonable jurists could not disagree about whether Navarro's petition is successive. Accordingly, Navarro's certificate of appealability is denied.

    Ordered this __7__ day of __April__, 2006.

*Hayden Head*
HAYDEN HEAD
CHIEF JUDGE