IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT ALEXANDER NAVARRO | § | |
| | § | |
| V. | § | C.A. NO. C-05-238 |
| | § | |
| DOUGLAS DRETKE | § | |

## ORDER TO SUBMIT TRUST FUND STATEMENT

Petitioner has submitted his Application for Leave to Appeal *in forma pauperis* (D.E. 29) but he failed to submit a current inmate trust fund account statement.

Accordingly, it is **ORDERED** that *within twenty (20) days* of the date of this order Petitioner/Appellant must submit to the district court either the filing fee of $255.00 or his inmate data sheet certified by one of the officers in the law library for this appeal to proceed. Failure to timely comply may result in denial of the application for leave to proceed *in forma pauperis* and dismissal of the appeal for want of prosecution.

ORDERED this 2nd day of May, 2006.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE